Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| | |
|---|---|
| Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons, <br><br>                           **Plaintiffs,** <br><br>    **v.** <br><br> United States**,** <br><br>                         **Defendant.** | **S U M M O N S** <br><br> **CIT Ct. No. 23-00191** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                **/s/ Mario Toscano**
                                Clerk of the Court

1.   The plaintiffs are: Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company and A. Finkl & Sons.  The plaintiffs are all interested parties under 19 U.S.C. § 1677(9)(C).  As interested parties who were party to the underlying proceeding, the plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d), and 28 U.S.C. § 2631(c).

      (Name and standing of plaintiff)

2.   Plaintiffs contest various aspects of the final results published by the U.S. Department of Commerce in the first antidumping administrative review of Forged Steel Fluid End Blocks from Italy.  *See Forged Steel Fluid End Blocks From Italy: Final Results of the Antidumping Duty Administrative Review; 2020-2021,* 88 Fed. Reg. 55,010 (Aug. 14, 2023).

      (Brief description of contested determination)

Form 3-1

3. The final results in the first antidumping administrative review of Forged Fluid End Blocks from Italy was published in the Federal Register on August 14, 2023.  The unpublished Issues and Decision Memorandum accompanying the final results was dated August 3, 2023.

_____

(Date of determination)

4. The final results in the first antidumping administrative review of Forged Fluid End Blocks from Italy was published in the Federal Register on August 14, 2023.

_____

(If applicable, date of publication in Federal Register of notice of contested determination)

Myles S. Getlan
Cassidy Levy Kent (USA) LLP
900 19th Street, NW, Suite 400
Washington, DC 20006
Tel: (202) 567-2304
Fax: (202) 567-2301
E-mail: mgetlan@cassidylevy.com

*Counsel for Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons*

_____

Signature of Plaintiff's Attorney

_____
September 13, 2023

Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the Chief Counsel
for Import Administration
U.S. Department of Commerce
14th Street & Pennsylvania Ave., NW
Washington, DC 20230

Robert L. LaFrankie, Esq.
*Representative of Lucchini Mamé Forge S.p.A.*
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

Carolyn Connolly, Esq.
*Representative of Officina Meccanica Roselli*
Faegre Drinker Biddle & Reath LLP
1500 K St NW
Washington, DC 20005