FORM 18A-1

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| HYUNDAI STEEL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | Court No. 21-00536 |

### NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

**PLEASE TAKE NOTICE** that Hendricks Valenzuela, an attorney with the U.S. Department of Commerce, who previously entered an appearance on behalf of defendant United States in this action and the related actions listed in the attached schedule, is no longer participating in these actions. Please remove his CM/ECF access to business proprietary information and assure that he is no longer served with business proprietary information.

Dated: February 13, 2025

s/Hendricks Valenzuela
Hendricks Valenzuela
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel: (202) 329-3648
Email: Hendricks.Valenzuela@trade.gov

FORM 18A-2

SCHEDULE TO NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION

| Court Number(s) | Case Name |
| --- | --- |
| 23-00191 | Ellwood City Forge Company et al v. United States |
| 24-00053 | Jindal Poly Films Limited v. United States |
| 24-00180 | Zhaoyuan Junbang Trading Co., Ltd. et al v. United States |